| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>In Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Tucker, Petrese B | 2. Court or Organization<br><br>PA-Eastern District | 3. Date of Report<br><br>5/31/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ● Annual ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>Room 9613 U.S. Courthouse<br><br>601 Market Street<br><br>Philadelphia, PA 19106-1751 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Avenue of the Arts, Inc. |
| 2. | Director | Girls Inc. of Greater Philadelphia and Southern New Jersey |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2000 | PA State Retirement Plan |

RECEIVED 2005 JUN -7 A 11:13 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tucker, Petrese B | 5/31/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | PA SERS State Employee Retirement System | 27,000 |
| 2. | 2004 | Rental income - personal residence garage | .7,350 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Self-employed legal practice income |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| I. | Harris T. Bock, Esq. | Tickets to Philadelphia Flower Show and dinner | $300 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PNC Bank | Line of credit | K |
| 2. | Farm Credit of the Virginias | Mortgage on rental land | J |

| | | Date of Report |
|---|---|---|
| Name of Person Reporting | | 5/31/2005 |
| Tucker, Petrese B | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. PNC Bank - bank accounts | A | Interest | K | T | | | | | |
| 2. Accounts receivable from clients of law practice | | None | K | W | | | | | |
| 3. TIGR Series 15 - 0% - 2/15/08 | B | O.I.D. | K | T | | | | | |
| 4. TIGR Series 12 - 0% - 5/15/08 | B | O.I.D. | L | T | | | | | |
| 5. U.S. Treasury Strips - 0.0% - 5/15/10 | B | O.I.D. | K | T | | | | | |
| 6. TIGR Series 18 - 0% - 2/15/07 | C | O.I.D. | L | T | | | | | |
| 7. U.S. Treasury Strips - 0.0% - 5/15/09 | C | O.I.D. | L | T | | | | | |
| 8. U.S. Treasury Strips - 0.0% - 2/15/11 | B | O.I.D. | K | T | | | | | |
| 9. Resolution Trust Funding Corp Coupon Strips 0% - 1/15/12 | B | O.I.D | L | T | | | | | |
| 10. AIM Premier Equity Fund Cl B | | None | J | T | | | | | |
| 11. Central Dauphin PA School Dist 0% Bonds - 6/1/05 | B | O.I.D | K | T | | | | | |
| 12. Pittsburgh PA School Dist 0% Bonds - 8/1/06 | B | O.I.D. | K | T | | | | | |
| 13. Allentown School Dist 0% Bonds - 7/1/07 | B | O.I.D. | K | T | | | | | |
| 14. Caterpillar Inc stock | A | Dividend | J | T | | | | | |
| 15. Isuzu Motors stock | | None | J | T | | | | | |
| 16. Resolution Trust Funding Corp Coupon Strips 0% - 4/15/13 | B | O.I.D. | L | T | | | | | |
| 17. TII Network Technologies - stock | | None | J | T | | | | | |
| 18. AIM Opportunities I Fund | | None | | | sold | 02-04 | J | A | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tucker, Petrese B | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | | | | | | (2) | (3) | (4) | (5) |
| | Amount<br>Code 1<br>(A-H) | Type (e.g.<br>div. rent. or<br>int.) | Value<br>Code 2<br>(J-P) | Value<br>Method<br>Code.3<br>(Q-W) | Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | Date:<br>Month -<br>Day | Value<br>Code 2<br>(J-P) | Gain<br>Code<br>1 (A-<br>H) | Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Bye Creek Farms Inc - stock | | None | J | W | | | | | |
| 20. Allete Inc - stock | A | Dividend | J | T | | | | | |
| 21. Exelon Corporations | A | Dividend | J | T | partial sale | 06-18 | J | A | |
| 22. United Bank - bank accounts | A | Interest | | | closed a/c | | | | |
| 23. Merrill Lynch Retirement Reserves - money market accounts | A | Dividend | K | T | | | | | |
| 24. Merrill Lynch CMA Tax-exempt fund - money market | A | Dividend | | | sold | var | J | | |
| 25. Branch Banking & Trust | B | Interest | L | T | | | | | |
| 26. Community National Bank | A | Interest | J | T | | | | | |
| 27. Land Halifax County, VA | A | Rent | L | W | | | | | |
| 28. Abbott Labs | A | Dividend | J | T | | | | | |
| 29. Air Products & Chem | A | Dividend | J | T | | | | | |
| 30. Alberto Culver Company | A | Dividend | J | T | | | | | |
| 31. Allied Capital Corp | A | Dividend | J | T | | | | | |
| 32. Allstate Corp | A | Dividend | J | T | sold | 01-05 | J | A | |
| 33. | | | | | buy | 07-28 | J | | |
| 34. Altria Group | A | Dividend | K | T | partial sale | 04-29 | J | A | |
| 35. | | | | | buy | 10-29 | J | | |
| 36. American Express Company | A | Dividend | J | T | buy | 1-14 | J | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. American International Group Inc | A | Dividend | J | T | | | | | |
| 38. Annheuser busch Cos Inc | A | Dividend | J | T | partial sale | 11-24 | J | A | |
| 39. Archer Daniels Midland | A | Dividend | J | T | | | | | |
| 40. Bank of America Corp | A | Dividend | J | T | merger acq | 04-01 | J | | |
| 41. | | | | | buy | 01-14 | J | | |
| 42. | | | | | partial sale | 03-31 | J | A | |
| 43. | | | | | partial sale | 08-11 | J | A | |
| 44. Bank One Corp | A | Dividend | | | buy | 01-08 | J | | |
| 45. | | | | | buy | 01-28 | J | | |
| 46. | | | | | buy | 02-04 | J | | |
| 47. | | | | | partial sale | 05-19 | J | A | |
| 48. | | | | | merger disp | 07-01 | J | | |
| 49. Barclays PLC | A | Dividend | J | T | | | | | |
| 50. Bemis Co Inc | A | Dividend | J | T | | | | | |
| 51. BHP Billiton Ltd | | None | | | sold | 01-30 | J | A | |
| 52. Black Box Corp Del | A | Dividend | J | T | | | | | |
| 53. BP PLC | A | Dividend | J | T | buy | 04-06 | J | | |
| 54. | | | | | partial sale | 07-15 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
    (See Columns B1 and D4)  F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
    (See Columns C1 and D3)  N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
    (See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tucker, Petrese B | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | | | | | partial sale | 12-01 | J | A | |
| 56. Cadbury Schweppes ADR | A | Dividend | J | T | | | | | |
| 57. Canon Inc ADR | A | Dividend | J | T | | | | | |
| 58. Centurytel Inc | A | Dividend | | | sold | 11-04 | J | A | |
| 59. Certegy Inc | A | Dividend | J | T | | | | | |
| 60. Chevron Texaco Corp | A | Dividend | J | T | partial sale | 01-13 | J | A | |
| 61. Cinergy Corp | | | | | buy | 02-19 | J | | |
| 62. | | | | | sold | 07-07 | J | A | |
| 63. Cinn Financial Corp Ohio | A | Dividend | J | T | | | | | |
| 64. Citigroup Inc | A | Dividend | K | T | partial sale | 02-03 | J | A | |
| 65. | | | | | partial sale | 11-01 | J | A | |
| 66. | | | | | buy | 03-11 | J | | |
| 67. Coca Cola Com | A | Dividend | J | T | partial sale | 03-01 | J | A | |
| 68. Colgate Palmolive | A | Dividend | J | T | buy | 03-04 | J | | |
| 69. | | | | | partial sale | 11-24 | J | A | |
| 70. Comcast Corp New Cl A | A | Dividend | J | T | buy | 01-05 | J | | |
| 71. | | | | | buy | 07-02 | J | | |
| 72. Conoco Phillips | A | Dividend | J | T | buy | 06-04 | J | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. | | | | | buy | 08-31 | J | | |
| 74. | | | | | buy | 09-01 | J | | |
| 75. | | | | | buy | 10-26 | J | | |
| 76. Credit Suisse GP ADR | | None | J | T | buy | 04-02 | J | | |
| 77. Diageo PLC SPSD ADR | A | Dividend | J | T | | | | | |
| 78. Dow Chemical PV2 | A | Dividend | J | T | | | | | |
| 79. Eaton Vance Corp NVT | A | Dividend | J | T | | | | | |
| 80. Emerson Electric Co | A | Dividend | J | T | partial sale | 01-08 | J | A | |
| 81. | | | | | buy | 06-17 | J | | |
| 82. Endesa SA Sponsored ADR | | None | | | sold | 03-18 | J | A | |
| 83. ENI S P A Sponsored ADR | A | Dividend | J | T | | | | | |
| 84. Equifax Inc | A | Dividend | J | T | | | | | |
| 85. Equitable Res Inc | A | Dividend | J | T | | | | | |
| 86. Exxon Mobil | A | Dividend | K | T | buy | 02-05 | J | | |
| 87. | | | | | partial sale | 03-03 | J | A | |
| 88. | | | | | partial sale | 04-14 | J | A | |
| 89. | | | | | partial sale | 05-12 | J | A | |
| 90. | | | | | partial sale | 08-11 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. | | | | | partial sale | 12-01 | J | A | |
| 92. Fannie Mae (US) Com.NPV | A | Dividend | J | T | buy | 03-04 | J | | |
| 93. | | | | | buy | 07-28 | J | | |
| 94. | | | | | buy | 11-10 | J | | |
| 95. First Data Corporation | | None | J | T | | | | | |
| 96. FleetBoston Financial Corp | A | Dividend | | | partial sale | 02-04 | J | A | |
| 97. | | | | | merger disp | 04-01 | J | A | |
| 98. Freddie Mac | A | Dividend | J | T | partial sale | 08-23 | J | A | |
| 99. Gallagher, Arthur & Co | A | Dividend | J | T | buy | 08-01 | J | | |
| 100. General Electric | A | Dividend | J | T | | | | | |
| 101. GlaxoSmithKline PLC ADR | A | Dividend | J | T | buy | 03-04 | J | | |
| 102. Goldman Sachs Group Inc | A | Dividend | J | T | buy | 10-13 | J | | |
| 103. Graco Inc | A | Dividend | J | T | | | | | |
| 104. Halliburton Company | A | Dividend | J | T | buy | 01-09 | J | | |
| 105. | | | | | patial sale | 11-24 | J | A | |
| 106. Hartford Financial Services Inc | A | Dividend | J | T | buy | 12-01 | J | | |
| 107. Heineken NV ADR | A | Dividend | J | T | partial sale | 09-14 | J | A | |
| 108. Home Depot Inc | A | Dividend | J | T | buy | 09-02 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. | | | | | buy | 12-22 | J | | |
| 110.   HSBC Hldg PLC Sp ADR | A | Dividend | J | T | buy | 09-27 | J | | |
| 111. | | | | | buy | 12-23 | J | | |
| 112.   IMS Health Inc | A | Dividend | J | T | partial sale | 02-23 | J | A | |
| 113.   Intel Corp | A | Dividend | J | T | | | | | |
| 114.   International Business Machines | A | Dividend | J | T | partial sale | 07-28 | J | A | |
| 115.   International Paper Co | A | Dividend | J | T | buy | 02-18 | J | | |
| 116.   Johnson & Johnson | A | Dividend | J | T | buy | 01-22 | J | | |
| 117. | | | | | buy | 03-04 | J | | |
| 118. | | | | | partial sale | 06-21 | J | A | |
| 119. | | | | | partial sale | 09-16 | J | A | |
| 120. | | | | | partial sale | 09-29 | J | A | |
| 121. | | | | | partial sale | 10-26 | J | A | |
| 122.   JP Morgan Chase & Co | A | Dividend | J | T | buy | 03-31 | J | | |
| 123. | | | | | merger acq | 07-01 | J | | |
| 124. | | | | | partial sale | 08-20 | J | A | |
| 125. | | | | | partial sale | 11-02 | J | A | |
| 126. | | | | | partial sale | 12-02 | J | A | |



| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. | | | | | partial sale | 12-15 | J | A | |
| 128. KAO Corp ADR | A | Dividend | J | T | | | | | |
| 129. Kellogg Company PV | A | Dividend | J | T | partial sale | 06-09 | J | A | |
| 130. Keyspan Corp | | None | | | sold | 02-11 | J | A | |
| 131. Kimberly Clark | A | Dividend | J | T | partial sale | 05-05 | J | A | |
| 132. | | | | | partial sale | 08-18 | J | A | |
| 133. King Pharmaceuticals Inc | | None | | | sold | 05-06 | J | A | |
| 134. Kraft Foods Inc | A | Dividend | J | T | partial sale | 08-23 | J | A | |
| 135. | | | | | partial sale | 11-24 | J | A | |
| 136. Lauder, Estee Cos Inc | A | Dividend | J | T | | | | | |
| 137. Lancaster Colony Corp Ohio | A | Dividend | J | T | | | | | |
| 138. Lilly, Eli Co | A | Dividend | J | T | | | | | |
| 139. Lockheed Martin Corp | A | Dividend | J | T | buy | 03-24 | J | | |
| 140. | | | | | buy | 04-24 | J | | |
| 141. Marsh & McLennan Cos | A | Dividend | J | T | buy | 03-04 | J | | |
| 142. | | | | | partial sale | 05-05 | J | A | |
| 143. | | | | | partial sale | 10-21 | J | A | |
| 144. McDonalds corp | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. McGraw Hill Companies | A | Dividend | J | T | | | | | |
| 146. Medco Health Solutions | | None | | | sold | 08-23 | J | A | |
| 147. Mellon Financial Corp | A | Dividend | | | sold | 10-14 | J | A | |
| 148. Metlife Inc | A | Dividend | J | T | buy | 03-19 | J | | |
| 149. Merck & Co Inc | A | Dividend | J | T | buy | 10-13 | J | | |
| 150. | | | | | buy | 11-02 | J | | |
| 151. | | | | | buy | 11-23 | J | | |
| 152. Microsoft Corp | A | Dividend | J | T | buy | 02-24 | J | | |
| 153. | | | | | buy | 07-12 | J | | |
| 154. Morgan Stanley | A | Dividend | J | T | | | | | |
| 155. Motorola Inc | | None | | | sold | 04-01 | J | A | |
| 156. National Commerce Fin Corp | A | Dividend | | | sold | 07-02 | J | B | |
| 157. Nestle S A Rep RG ADR | A | Dividend | J | T | | | | | |
| 158. News Corp Ltd | | None | J | T | buy | 12-21 | J | | |
| 159. Noble Corporation | | None | | | sold | 05-14 | J | A | |
| 160. Nokia Corp | A | div | J | T | | | | | |
| 161. Northrop Grumman Corp | A | Dividend | J | T | partial sale | 03-25 | J | A | |
| 162. | | | | | buy | 11-24 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tucker, Petrese B | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. Novartis ADR | A | Dividend | J | T | | | | | |
| 164. Oracle Corp | | None | J | T | buy | 09-15 | J | | |
| 165. Pepsico Inc | A | Dividend | J | T | | | | | |
| 166. Pfizer Inc Del PV .05 | A | Dividend | J | T | partial sale | 02-04 | J | A | |
| 167. | | | | | partial sale | 03-15 | J | A | |
| 168. | | | | | partial sale | 04-16 | J | A | |
| 169. | | | | | buy | 12-20 | J | | |
| 170. Polaris Industries | A | Dividend | J | T | partial sale | 10-22 | J | B | |
| 171. PPG Industries | A | Dividend | J | T | | | | | |
| 172. PPL Corporation | A | Dividend | J | T | | | | | |
| 173. Proctor Gamble | A | Dividend | J | T | buy | 01-14 | J | | |
| 174. | | | | | partial sale | 09-10 | J | A | |
| 175. | | | | | partial sale | 11-24 | J | A | |
| 176. Questar Corp | A | Dividend | J | T | | | | | |
| 177. Realty Income Corp Maryland REIT | A | Dividend | J | T | buy | 05-07 | J | | |
| 178. Reed Elsevier PLC Sp ADR | A | Dividend | J | T | buy | 01-07 | J | | |
| 179. | | | | | partial sale | 07-09 | J | A | |
| 180. Reinsurance Group of America | A | Dividend | J | T | buy | 11-30 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Tucker, Petrese B | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. | Reynolds & Reynolds | A | Dividend | J | T | partial sale | 07-01 | J | A | |
| 182. | Roche Hldg Ltd Spn ADR | A | Dividend | | | buy | 01-21 | J | | |
| 183. | | | | | | partial sale | 09-03 | J | A | |
| 184. | | | | | | partial sale | 10-14 | J | A | |
| 185. | | | | | | partial sale | 11-04 | J | A | |
| 186. | | | | | | sold | 11-12 | J | A | |
| 187. | Royal Dutch Pete | A | Dividend | J | T | partial sale | 01-22 | J | A | |
| 188. | RPM International Inc | A | Dividend | J | T | buy | 08-07 | J | | |
| 189. | SBC Communications | | | | | sold | 03-04 | J | A | |
| 190. | Schering Plough Corp | | | | | sold | 03-04 | J | A | |
| 191. | Sears Roebuck | | | | | sold | 02-12 | J | A | |
| 192. | Siemens AG | A | Dividend | J | T | | | | | |
| 193. | Societe General Spn ADR | A | Dividend | J | T | | | | | |
| 194. | Stewart, WP & Co | A | Dividend | J | T | | | | | |
| 195. | Suntrust Banks Inc | A | Dividend | J | T | partial sale | 03-19 | J | A | |
| 196. | Swiss Reins Sponsored ADR | A | Dividend | J | T | | | | | |
| 197. | Syngenta AG ADR | | None | J | T | partial sale | 05-27 | J | A | |
| 198. | Target Corp | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code.2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. Teleflex Inc | A | Dividend | J | T | | | | | |
| 200. Time Warner Inc | | None | J | T | partial sale | 07-07 | J | A | |
| 201. | | | | | partial sale | 09-15 | J | A | |
| 202. | | | | | partial sale | 10-06 | J | A | |
| 203. Total S.A. Sp ADR | A | Dividend | J | T | buy | 11-26 | J | | |
| 204. Travelers Property Casulty corp | | | | | buy | 01-05 | J | | |
| 205. | | | | | merge disp | 04-06 | J | A | |
| 206. Tribune Co | | None | | | sold | 01-15 | J | A | |
| 207. TXU Corp | A | Dividend | J | T | buy | 04-20 | J | | |
| 208. | | | | | buy | 06-09 | J | | |
| 209. | | | | | buy | 06-25 | J | | |
| 210. | | | | | partial sale | 10-28 | J | A | |
| 211. | | | | | partial sale | 11-29 | J | A | |
| 212. UBS AG New | A | Dividend | J | T | | | | | |
| 213. Union Pacific Corp | A | Dividend | | | sold | 05-04 | J | A | |
| 214. United Parcel Services | A | Dividend | J | T | | | | | |
| 215. Unilever PLC ADR | A | Dividend | J | T | partial sale | 03-03 | J | A | |
| 216. Unocal Corp | A | Dividend | J | T | buy | 01-15 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. | | | | | buy | 09-08 | J | | |
| 218. Valspar Corp | A | Dividend | J | T | buy | 11-29 | J | | |
| 219. Verizon Communications Com | A | Dividend | J | T | buy | 02-12 | J | | |
| 220. | | | | | partial sale | 04-02 | J | A | |
| 221. | | | | | partial sale | 10-20 | J | A | |
| 222. Viacom Inc Cl B | A | Dividend | J | T | buy | 03-03 | J | | |
| 223. | | | | | buy | 05-19 | J | | |
| 224. | | | | | buy | 09-15 | J | | |
| 225. | | | | | buy | 12-2 | J | | |
| 226. Vodafone Grp PLC Spn ADR | A | Dividend | J | T | buy | 12-16 | J | | |
| 227. Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 228. Walgreen Co | A | Dividend | J | T | | | | | |
| 229. Washington Fedl Inc | A | Dividend | J | T | | | | | |
| 230. Wells Fargo & Co | A | Dividend | J | T | | | | | |
| 231. Wiley, John & Sons | A | Dividend | J | T | | | | | |
| 232. Adesca Inc | | None | J | T | spin-off acq | 10-18 | J | | |
| 233. Accenture Ltd | | None | J | T | buy | 04-28 | J | | |
| 234. | | | | | buy | 10-21 | J | | |

1. Income/Gain Codes:     A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)    U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. Baxter International | A | Dividend | J | T | buy | 02-13 | J | | |
| 236. | | | | | partial sale | 12-01 | J | A | |
| 237. Burlington N Santa Fe | A | Dividend | J | T | buy | 05-07 | J | | |
| 238. | | | | | partial sale | 11-18 | J | A | |
| 239. Devon Energy Corp | | None | J | T | buy | 12-01 | J | | |
| 240. Deere Co | A | Dividend | J | T | buy | 10-07 | J | | |
| 241. Dominion Res Inc | A | Dividend | J | T | buy | 09-08 | J | | |
| 242. Du Pont E I De Nemours | A | Dividend | J | T | buy | 01-30 | J | | |
| 243. | | | | | buy | 05-12 | J | | |
| 244. | | | | | buy | 06-03 | J | | |
| 245. EOG Industires | | | | | buy | 05-18 | J | | |
| 246. | | | | | sold | 09-09 | J | A | |
| 247. Enel Societa Par AZN ADR | | None | J | T | buy | 12-08 | J | | |
| 248. GAP Inc | A | Dividend | J | T | buy | 08-11 | J | | |
| 249. Hewlett Packard Co | A | Dividend | J | T | buy | 05-03 | J | | |
| 250. International Flavors & Fragrance | A | Dividend | J | T | buy | 03-05 | J | | |
| 251. | | | | | buy | 11-02 | J | | |
| 252. ML Bank USA Rasp Money Market | A | Dividend | J | T | buy | var | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. Nomura Holdings Inc | A | Dividend | J | T | buy | 02-04 | J | | |
| 254. | | | | | buy | 04-20 | J | | |
| 255. Occidental Petroleum Corp | A | Dividend | J | T | buy | 10-20 | J | | |
| 256. | | | | | buy | 12-21 | J | | |
| 257. PNC Financial Services Group | A | Dividend | J | T | buy | 06-04 | J | | |
| 258. | | | | | buy | 07-15 | J | | |
| 259. Sara Lee Corp | A | Dividend | J | T | buy | 07-01 | J | | |
| 260. | | | | | buy | 08-19 | J | | |
| 261. Schering AG | A | Dividend | J | T | buy | 06-28 | J | | |
| 262. Sprint Corp | A | Dividend | J | T | buy | 02-24 | J | | |
| 263. | | | | | buy | 03-08 | J | | |
| 264. | | | | | buy | 04-28 | J | | |
| 265. | | | | | buy | 07-01 | J | | |
| 266. Sysco Corporation | | None | J | T | buy | 11-02 | J | | |
| 267. | | | | | buy | 12-22 | J | | |
| 268. St. Paul Travelers | | | | | merger acq | 04-06 | J | | |
| 269. | | | | | sold | 07-29 | J | A | |
| 270. United Techs Corp | A | Dividend | J | T | buy | 03-26 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. Wyeth | A | Dividend | J | T | buy | 09-29 | J | | |
| 272. | | | | | buy | 11-29 | J | | |
| 273. Royal Bank - bank accounts | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tucker, Petrese B | 5/31/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tucker, Petrese B | 5/31/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat _____     Date __6/1/05__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS.

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544